**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DEWEY WAYNE BOND, #686637 | § | |
| VS. | § | CIVIL ACTION NO. 6:05cv381 |
| TDCJ-CID MICHAEL UNIT WARDEN, RAYNALDO CASTRO | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report on the merits of Petitioner's case. The Report contains proposed findings of fact and recommendations for disposition of this case. The Magistrate Judge also presented for consideration the Magistrate Judge's Report on Petitioner's motion to proceed *in forma pauperis*. Petitioner filed objections to the Report on Petitioner's motion to proceed *in forma pauperis*.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit in light of the disposition of this case. This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's motion to proceed *in forma pauperis* (dkt. #2) is denied and this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

   **So ORDERED and SIGNED this 6th day of February, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**